```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DAVID E. FALCON

v.  NO. 11-CV-3976

NCO FINANCIAL SYSTEMS, INC.

**FILED AUG 3 0 2011**
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## JUDGMENT

BEFORE ROBRENO, J.

    AND NOW, to wit, this 30th day of August, 2011, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC.'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg