# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID E. FALCON,

   Plaintiff,

  v.

          **Case No.: 2:11-cv-3976-ER**

NCO FINANCIAL SYSTEMS, INC.

   Defendant.

---

## <u>SATISFACTION OF JUDGMENT</u>

  Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

  THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: October 26, 2011    /S/ Craig Thor Kimmel
               Craig Thor Kimmel
               Attorney ID: 57100
               Kimmel & Silverman, P.C.
               30 E. Butler Pike
               Ambler, PA 19002
               Phone: (215) 540-8888
               Fax: (215) 540-8817
               Email: kimmel@creditlaw.com